UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAWN M. DEUTSCH and RICK S. DEUTSCH, <br><br> Plaintiffs, <br><br> v. <br><br> NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and TRANS UNION, LLC <br><br> Defendants. | Case No. 1:22-cv-05995 <br><br> Judge Martha M. Pacold |

## PLAINTIFF'S STATUS REPORT

Pursuant to the Court's December 16, 2022 Order [Dkt. 29], Dawn M. Deutsch and Rick S. Deutsch ("Plaintiffs") submit the following Status Report regarding the status of settlement:

Status of Settlement: The parties are inching towards consummating the settlement and need an additional 21 days to finalize the settlement.

Dated: February 14, 2023

Respectfully submitted,

**PLAINTIFFS**

By: */s/ Mohammed O. Badwan*

Mohammed O. Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
(630) 575-8180
mbadwan@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 14, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record.

                                            */s/ Mohammed O. Badwan*